In the Matter of EDWARD C. SMITH, Petitioner, against JAMES R. MACDUFF, as Commissioner of Motor Vehicles of the State of New York, Respondent.— A proceeding pursuant to article 78 of the Civil Practice Act, to review a determination of respondent suspending for thirty days petitioner's license to operate a motor vehicle, has been transferred to this court pursuant to section 1296 of the Civil Practice Act. Determination annulled, with $10 costs and disbursements. The evidence is insufficient to establish gross negligence. (Matter of Sheridan v. Fletcher, 270 App. Div. 29; Metcalf v. Reynolds, 267 N. Y. 52; Mastruzzi v. Aloi, 269 N. Y. 637; Wyka v. Benedicks, 266 App. Div. 1025.) Nolan, P. J., Adel, Schmidt, Beldock and Murphy, JJ., concur.

■

BLANCHE MARGOLES, Respondent, v. BEN MARGOLES, Appellant.— Action by a wife against her husband to impress a trust upon a parcel of land and the dwelling situated thereon, and upon an adjacent unimproved parcel, to compel him to execute and deliver a deed to her of said properties, and to enjoin him from otherwise transferring or encumbering them. After trial, the court granted judgment in favor of plaintiff as prayed for in the complaint. Defendant appeals. Judgment unanimously affirmed, with costs. No opinion. Present — Adel, Acting P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ.